UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD BATISTE, | ) | CASE NO. CV 17-840-SVW (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| MORALES, DIRECTOR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 7, 2017

*(signature)*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Judgment.wpd